IN THE UNITED STAES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

FILED by _PRG_ D.C.

JUL 0 8 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

ANGEL BALBUENA
Movant/Petitioner,

Case No.1:11-CV-21168-(MGC)

-v-

UNITED STATES OF AMERICA
Respondent,

---

PETITIONER ANGEL BALBUENA'S AFFIDAVIT OF FACT IN SUPPORT OF HIS MOTION
TO VAACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT 28 U.S.C.§2255.

---

I DO HEREBY CERTIFY, under the penaly of perjury, under the laws of
the United States of America and Title 28 U.S.C.§1746, that I am of
lawful age and sound mind, that I have personal knowledge of the facts
contained within this Affidavit, and that these such facts, which are
stated below, are true and correct:

1. I, Angel Balbuena, aver that I have filed several documents pert-
aining to the instant legal proceeding, including "Motion to Vacate,
Set Aside or Correct Sentence by a person in federal custody under 28
U.S.C.§2255 (form)"; Memorandum in support of motion pursuant §2255;
Exhibits since number 1 until number 11, which's including several
documents and transcript in support of motion and issues; and Adden-
dum and instant Affidavit to combined Memorandum in support of motion
§2255.

-1-

2.I, Angel Balbuena, aver that I have personal knowledge of the facts which I have stated in the documents I have referenced as filed in paragraph I above and that such facts are true and correct.

3.I, Angel Balbuena, aver that I am presently in federal custody, and that I am presently incarcerated at F.C.I. Big Spring, in Big Spring, Texas, in the Nothern District of Texas.

4.I, Angel Balbuena, aver that the person I have named as Respondent, United States of America, is represented by the U.S. Assistan Attorney for the Southern District of Florida, Miami Division, and that this person is my immediate accused and who of ill will and using misconduct violated my constitutionals rights and the Due Process, in violation of the 14th Amendment. Additionally, my ex-defense lawyer, Mr. Vince Farina, who was constitutionally ineffective, will the person, defend by the government, in his response to the motion of §2255, which constitute, a procedure ilogic and unreasonable in a system of justice where the adversay in a civil action posse to be the defense counsel of the defense attorney, that was deficient, is as were complice in this new procedure.

5.I, Angel Balbuena, aver that I am Proceeding Pro-Se in the instant case, without the benefit of Counsel.

6. I, Angel Balbuena, aver that I am not a lincensed attorney, and that I am not educated in law.

7.I, Angel Balbuena, aver that in the argument, point, ground of issues one, the Movant filed and stated in the previous Memorandum, see page 9, 13 until 34, where the defense counsel, Mr. Vince Farina admitted the same, that he committed an error or that his mistake when rushed and pressered the Movant to go thru the Plea Colloquy.

8. I, Angel Balbuena, aver that regarding to the ground two (2); filed

-2-

and raised by the the Movant/Petitioner, in the prior memorandum in support of motion §§2255, see the page 3 4 until page 35, in that sense the Movant submit again in this Adddendum, that when filed and raised this issues did not had in his possesion of the transcript of status conference of date July 30, 2008, which was provided to him by the office of Jose Francisco & Associates recently, see copy in the Exhibit 10 as part of his Addendum and of the original Memorandum filed on April 4, 2011 before this Honorable Court. In that order, Movant/Petitioner, reconsider and rectify the issue filed and raised in the ground two originally that held the application of two levels for obstruction of justice. In this Addendum and with the transcript in his possession, which's never obtained nor presented for his prior's two (2)defense Attorney's Mr. Vince Farina and Mr. Israel Encinosa, with respect to this matter and transcript of stattus conference, Movant alaways was confuse, because when the status conference was celebrated on April 30, 2008, Petitioner, belied and supposed that Mr. Edenfield and the Court agreed that the charges of bound jumping did not be charging to that Movant/Petitioner, was prepared to enter a plea, see page 1 and 2 of these transcripts in the Exhibit 10, due to this situation the Movant was induced to enter in a plea; but when after, the Presentence Investigation Report on July 9, 2008, page 6 paragraph 14 thru 18, see copy attached in the Exhibit 10 recommemnded two levels of enhancement for obstruction of justice.

9.I, Angel Balbuena, aver that whwther trial counsel's failure to file objections to the PSR, regarding to criminal history category and is inconsistent when file objections to drug quantity; if he in the same advice and permit that Movant/Petitioner be plea guilty to a drug quantity that Movant never admits and after the object to the PSR.

Movant/Petitioner, was arrested on June 7, 2007, and prior to the arrest, Movant/Petitioner discussed with the CI, the amount of drug for which be found in the place this day (June 7, 2007); in that day Movant only was to purchase three (3)kilograms of cocsaine to which he only carried the amount of $54,000 and the conversation of that day was limited to that movant want to buy 3 Kg's and he only have the amount for that amount of drug; however, the government, that since the initiated investigation was always recording the conversations between the Movant and the Confidential Informant (CI); day by day, but it is strange, inconceivible and ilogic, that the day of the arrest the recordings just dissapear and conversations between Movant and the CI; in other words the evidence that is in favor of the movant, just vanished, in an ill will by the government and of misconduct, a gross violation of the Rule 16 and Brady material, which the defense attorney failed in argue, prior to enter in a plea-guilty and after during the sentencing hearing of October 22, 2008.

10. I, Angel Balbuena, aver that whether trial counsel failure to provide advice as to the availability of an affirmative defense of entraptment constituted ineffective assistance of counsel.
The Failure to advise a criminal defendant of the availability of an affirmative defense when the facts known to an attorney suugest that the defense may be meritorious does not constitute reasonavly effect-ive assistance when judged under prevailing professional norms.

-4-

11. I, Argel Balbuena, aver that I have filed my Motion to Vacate, Set Aside or Correct a Sentence under 28 U.S.C.§2255, because my Due Process had violated, my ex-defense attorney's were constitutionally pursuant the Sixth Amendment, and the conviction and sentence should be vacated to a new proceeding; for his ilegality and unconstitutionally.

Angel Balbuena
Affidavit

Dated 25 th day of April, 2011 at FCI Big Spring, Big Spring, Texas.

Angel Balbueno
Reg. No. 78754-004
Federal Correctional Institution
1900 Simler Ave.
Big Spring, TX 79720

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7011 0110 0002 5047 2931

ACCEPTED BY
FCI UNIT R OR
1900 SIMLER DR
BIG SPRING TX 79720

United States District Court
Southern District of Florida
Office of the Clerk
400 N. Miami Avenue, RM.8N09
Miami, Fl 33128

LEGAL MAIL

