

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ANGEL BALBUENA,

Movant,

vs.                                        Docket No.: 11-21168-CIV-COOKE
                                                       (07-20487-CR-COOKE)

UNITED STATES OF AMERICA,

Respondent.
_____/

### NOTICE OF APPEAL

COMES NOW, Petitioner Angel Balbuena with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on November 30, 2011 on the issues that were not granted as part of the Certificate of Appealability.

Done this 24, day of January 2012

Angel Balbuena
Reg. # 78754-004
FCI Big Spring
Federal Correctional Institution
1900 Simler Ave
Big Spring, Tx 79720